AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Y.E. and M.K. individually, and on behalf of their child, M.K., a minor<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Hewlett Woodmere Union Free School District<br>1 Johnson Place, Woodmere, New York 11598<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-cv-1481 (JMA)(JMW) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hewlett Woodmere Union Free School District
1 Johnson Place, Woodmere, New York 11598

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin J. Hinerfeld, Esq.
Law Office of Benjamin J. Hinerfeld
9 Stoddard St.
Plymouth, MA 02360
(215) 694-7432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/24/2025

*Laurie Coleman*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **25-cv-1481**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Hewlett Woodmere Union Free School District

was received by me on *(date)*    March 24, 2025

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Barbara Randazzo - District Clerk    , who is
designated by law to accept service of process on behalf of *(name of organization)*
Hewlett Woodmere Union Free School Distrct    on *(date)* March 25, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    **0.00**

I declare under penalty of perjury that this information is true.

Date:    March 25, 2025

_____
Server's signature

MIKE BARCHAK
*Printed name and title*

P.O. Box 502, Plainview, NY 11803
*Server's address*

Additional information regarding attempted service, etc: