# EXHIBIT C

```
 1                    DIRECT - GRANELLI
 2       Q    Do you see Dr. Marks' recommendation in
 3   paragraph 1 with regard to the appropriate
 4   classification for M.?
 5       A    Yes.
 6       Q    What, if any, steps did the CSE take,
 7   based upon that recommendation, as you recall?
 8       A    We changed his classification to multiple
 9   disabilities.
10       Q    Do you see there under one, subsection A,
11   where it refers to a highly specialized alternate
12   setting?
13       A    Yes.
14       Q    To what extent, if at all, did the CSE
15   consider Dr. Marks' recommendations in that regard?
16       A    We considered those recommendations.
17       Q    How so?
18       A    We recommended special class placement
19   with a smaller ratio of students to teacher and
20   adults in the room.  He was currently in a 12:1:1.
21   We recommended an 8:1:2.
22       Q    Can you explain what the 8:1:2 class looks
23   like at the Ogden Elementary school?
24       A    It's a highly specialized program, small
25   student to teacher ratio.  It's highly
```

```
 1                  DIRECT - GRANELLI
 2   individualized with individualized instruction
 3   occurring.  No more than eight students, one
 4   certified special education teacher, two teaching
 5   assistants.  There may or may not be other adults in
 6   the room assigned as one-to-one aides to individual
 7   students.
 8        Q    Do you have an opinion as to whether or
 9   not this would be an appropriate classroom setting
10   for M.?
11        A    Yes.
12        Q    What was your opinion with regard to that?
13        A    That it was an appropriate classroom
14   setting for M.
15        Q    Why is that?
16        A    Because it goes along with Dr. Marks'
17   recommendations:  A highly specialized setting,
18   small student-teacher ratio that is highly
19   structured and individualized and anchored to
20   principles of applied behavior analysis.
21        Q    Can you explain how, if at all, that
22   program is anchored to principles of applied
23   behavior analysis?
24        A    It's highly individualized, there's
25   opportunities for discrete trials.  Additionally, an
```

Received Office of State Review
09/30/2024

|     |     |
| --- | --- |
| 1   | DIRECT - GRANELLI |
| 2   | ABA therapist was recommended six hours daily for M. |
| 3   | Q    Please keep Parent's Exhibit R in front of |
| 4   | you, but if you could also look back at District's |
| 5   | Exhibit 6. |
| 6   | You just referenced behavior |
| 7   | intervention services to be provided.  Can you |
| 8   | point out where that recommendation is on the IEP? |
| 9   | A    In Exhibit 6? |
| 10  | Q    Yes. |
| 11  | A    It's on that first page, the summary page. |
| 12  | But in the IEP it's on page 17 of 20 under related |
| 13  | services.  "Behavior intervention services provided |
| 14  | by a BCBA one time daily for six hours." |
| 15  | Q    Can you explain how that service would be |
| 16  | provided? |
| 17  | A    A certified BCBA would be in the classroom |
| 18  | with the student every day, all day, attending |
| 19  | therapies, traveling in the building, all and any |
| 20  | activities throughout the school day. |
| 21  | Q    To what extent, if at all, were behavior |
| 22  | intervention services recommended for the extended |
| 23  | school year? |
| 24  | A    They were recommended for the extended |
| 25  | school year as well one time daily for three hours. |

Received Office of State Review
09/30/2024

```
 1                    CROSS - GRANELLI
 2       Q    Earlier you said that you felt that the
 3   8:1:2 was appropriate because it was anchored to
 4   principles of ABA; is that true?
 5       A    I don't recall exactly what I said.
 6       Q    You also said that it was individualized.
 7   Let me ask you a question.
 8            What does it mean to be anchored to
 9   principles of ABA?
10       A    I'm not sure.
11       Q    You also mentioned that there was an
12   opportunity for discrete trials.  Is that the case
13   in the 8:1:2?
14       A    I'm not sure.
15       Q    Did the opportunity for discrete trials
16   mean that a program is anchored in ABA?
17       A    I don't know.
18       Q    Earlier in your testimony you discussed
19   the process for developing an IEP, and you talked
20   about some of the things that you did prior to the
21   meeting, such as going to a classroom and visiting
22   the student in their class, correct?
23       A    That's what I do when I prepare for
24   meetings, yes.
25       Q    Do you recall visiting M.K. in his class?
```

```
 1                   MEZRAHI - DIRECT
 2     Exhibit 10.
 3          A    Page 14?
 4          Q    Yes.
 5          A    Okay.
 6          Q    Do you see that section supplementary aids
 7     and services that begins on the bottom third of the
 8     document?
 9          A    Yes.  Supplementary aids and services
10     program modifications and accommodations, correct?
11          Q    Yes, that's the section.
12          A    Okay.
13          Q    I see the first item there lists teaching
14     assistant; do you see that?
15          A    Yes.
16          Q    To what extent, if you recall, did M. have
17     access to a one-on-one teaching assistant for the
18     2022-2023 school year?
19          A    M. had the teaching assistant for the
20     entirety of the day.
21          Q    Can you explain how that teaching
22     assistant worked with M. in your classroom?
23          A    Sure.  M. used a token board throughout
24     the day as part of a behavioral intervention plan,
25     and his teaching assistant used that token board
```

```
 1                    MEZRAHI - DIRECT
 2      A     I think it's on the next page, right, 15?
 3      Q     The box just to the right of teaching
 4   assistant where it says, "Instructional health,
 5   safety and behavioral needs."
 6      A     Instructional, health, safety and
 7   behavioral needs."  Correct.
 8      Q     Can you explain to what extent the
 9   teaching assistant provided M. services with regard
10   to behavioral needs?
11      A     Sure.  So, we really tried to have a lot
12   of proactive measures put in place for M.  Some of
13   those proactive measures were just him having that
14   differentiated work, frequent breaks, use of that
15   token board.  He really needed immediate
16   gratification for behaviors that were positive.
17   Having the teaching assistant right next to him,
18   show him, "Hey, you got a token for doing that.
19   Great job," was something that would help M. along
20   throughout the school day and throughout the year.
21            Also for functional communication
22   training, M.  Often times would cry or scream when
23   he was frustrated or upset.  Giving him those
24   right words in the moment from the teaching
25   assistant and having him repeat those words, and
```

*Accurate Court Reporting Service, Inc. 866-388-2277*

T192

Received Office of State Review
09/30/2024

```
 1                    MEZRAHI - DIRECT
 2   then being able to instantly reward him for that
 3   was really, really important, and that was
 4   something that the teaching assistant was also
 5   able to do.  Also having, like, a little visual
 6   schedule which she held throughout the day really
 7   helped M. with pictures, showing him what's next,
 8   that was important.  When she was within a -- some
 9   type of academic task with M., being able to see
10   on a little checklist or a 123 chart, just being
11   able to check off, "Hey, we did this.  Now we're
12   going to go onto this.  When we get to three,
13   you're going to get a token."  Having that was
14   really important.  So, the TA was really able to
15   do all of these things throughout the day to bring
16   the curriculum and the material to M. and what he
17   needed.
18        Q    I see there's a supplementary aid listed
19   under teaching assistant, refocusing and
20   redirection; do you see that?
21        A    I see teaching assistant, refocusing and
22   redirection.
23        Q    Can you explain to what extent the
24   refocusing and redirection accommodation was
25   provided to M. during the 2022-2023 school year?
```

```
 1                      DIRECT - MARINO
 2    with resource room.
 3         Q    Do you know a student by the name of M.K.?
 4         A    Yes, I do.
 5         Q    How do you know him?
 6         A    In last school year I was assigned to his
 7    case at the start of the year for five hours of
 8    behavioral consult, and then later in the year more
 9    services were added for direct consult -- I mean for
10    direct services.
11         Q    You had mentioned that you were assigned
12    to M.  For five hours of behavioral consult
13    services.  Can you explain what that is?
14         A    Yep.  Behavior intervention consult is an
15    indirect service provided for the teachers on behalf
16    of the student.  So, if the student does have any
17    supplementary behavioral write-up or any type of
18    plans, such as a BIP, I would go and work with the
19    teacher, go through the BIP, and provide support for
20    that teacher or the one-to-one implementing those
21    strategies in that plan.
22         Q    To what extent did you provide the five
23    hours of behavioral consult services during the
24    2022-2023 school year?
25         A    In terms of did I -- can you explain
```

```
 1                    DIRECT - MARINO
 2   extent?
 3        Q    Sure.  Did you provide those services you
 4   referenced for M. last year?
 5        A    Yes, I did.
 6        Q    To whom did you provide those services?
 7        A    It was his classroom teacher, Ms. Mezrahi,
 8   and the one-to-one aide, as well as the other
 9   classroom aides in the classroom.  He had one aide
10   that was assigned specifically to him, but the aides
11   had rotated and worked in the classroom with M. as
12   well and anyone who was in contact in that classroom
13   with him.
14        Q    Do you recall what type of consultation
15   you provided to them?
16        A    Yes.  So, we had the plan, we went over
17   data collection.  There were times -- since it is a
18   consultation, there were times when M. was present
19   and times when he wasn't.  So, if he was present at
20   the time of consultation, I was able to shadow and
21   work with the people who work closely with M.  If it
22   was a time when M. wasn't present, we went over any
23   data collection, issues, or any questions involving
24   behavior.
25        Q    In the file that was sent to you, could
```

```
 1                    DIRECT - MARINO
 2         A     I believe in March.
 3         Q     Can you take a look at District's Exhibit
 4    19?
 5         A     Okay.  It's open.
 6         Q     Do you see it says at the top, "Behavior
 7    Intervention Plan updated April 2023"?
 8         A     I do.
 9         Q     Is this the document you were referring to
10    that was updated during the 2022-2023 school year?
11         A     Yes.  This was not the exact document.  I
12    guess the letterhead was added, but yes.
13         Q     Can you take a look at page 3 of 3?
14         A     You said page 3?
15         Q     Page 3 of 3.
16         A     Okay.
17         Q     Is that your signature there at the bottom
18    of the page?
19         A     That is my signature, yes.
20         Q     Does that refresh your recollection as to
21    whether this was the final document that you had
22    executed?
23         A     Yes.
24         Q     I see there's a section on page 1,
25    "Identify and define the target of problem behaviors
```

```
 1                    DIRECT - MARINO
 2   from FBA."  Do you see that?
 3        A    I do.
 4        Q    To the extent you recall, what was the
 5   reason for updating the behavioral intervention plan
 6   in April of 2023?
 7        A    During that time there was an increase in
 8   some verbal protests and some physical aggression.
 9        Q    Do you see that first section, "Identify
10   and define the target problem behaviors in FBA"?
11        A    Yes.
12        Q    If you can, take a look over that section
13   of the BIP.
14        A    (Witness is perusing a document.)
15        Q    To what extent, if at all, was this
16   section of the BIP updated pursuant to this April
17   2023 update?
18        A    It wasn't.  Those were the targeted
19   behaviors.
20        Q    Do you see the section entitled baseline
21   data?
22        A    I do.
23        Q    To what extent, if at all, was this
24   section updated as part of the April 2023 update?
25        A    In April, none of them.  I did misspeak
```

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | DIRECT - MARINO                                          |
| 2  | A | It was very inconsistent.                                |
| 3  | Q | To what extent, if at all, did                           |
| 4  |   | implementation of the BIP enable M. to attend to his     |
| 5  |   | educational needs?                                       |
| 6  | A | The BIP, based on my providing and also                  |
| 7  |   | seeing the teachers during consult, the BIP was          |
| 8  |   | definitely used with fidelity for the student.  All      |
| 9  |   | the key proponents of the BIP, questions, being          |
| 10 |   | granted the break, using the token board                 |
| 11 |   | appropriately, everything was done with fidelity, in     |
| 12 |   | my opinion.                                              |
| 13 | Q | Based upon that implementation, do you                   |
| 14 |   | have an opinion as to whether it was enabling M. to      |
| 15 |   | more readily access his education?                       |
| 16 | A | I believe we were offering the teaching                  |
| 17 |   | strategies, yes, to best support him, to utilize his     |
| 18 |   | education.                                               |
| 19 |   | MR. VIGLIOTTA:  Thank you.  I                            |
| 20 |   | have no further questions.                               |
| 21 |   | HEARING OFFICER:  Ms. Venditti,                          |
| 22 |   | did you want to cross-examine the                        |
| 23 |   | witness?                                                 |
| 24 |   | MS. VENDITTI:  I do.  I just ask,                        |
| 25 |   | could we take a ten-minute break?                        |