# Law Office of Benjamin J. Hinerfeld

1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
(Tel.) 215.694.7432

9 Stoddard Street
Plymouth, MA 02360
(Tel) 508.591.0385

447 Broadway, 2nd Floor
New York, NY 10013
(Fax) 215.689.2423

Ben@Hinerfeldlaw.com Licensed in IN, MA, PA, NY, NC, NJ, DE (inactive)


August 27, 2026

*Via Electronic Case Filing*
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse,100 Federal Plaza
Central Islip, NY 11722
Courtroom 920

**Re: 2:25-1481-JMA-JMW**
***Y.E. et al v. Hewlett Woodmere Union Free School District***
**Request for extension to file objections to the July 30, 2026 Report and Recommendation of Hon. James M. Wicks.**

Dear Judge Azrack,

I serve as co-counsel in this appeal under the Individuals with Disabilities Education Act (IDEA).

On July 30, 2026, Magistrate Judge Wicks issued a Report and Recommendation (R&R) (ECF 31), recommending that Your Honor deny Plaintiffs' Motion for Judgment on the Pleadings and grant Defendant's motion.

On August 6, I requested an extension to file objections to Judge Wicks' R&R. ECF 32. Your Honor granted an extension until August 31. Yesterday, I had to travel out of state to address a family medical emergency. I am returning on Monday, August 31.

I respectfully request an additional 4 days, until Friday August 4, 2026, to file Plaintiffs' objections. Opposing counsel has graciously consented and requested the same amount of time to respond. Defendant's response is currently due on September 14, and would therefore be due on September 18, 2026.

Respectfully submitted,

Benjamin J. Hinerfeld
**Law Office of Benjamin J. Hinerfeld**
9 Stoddard Street

Plymouth, MA 02360
447 Broadway, 2nd Floor
New York, NY 10013
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
Ben@hinerfeldlaw.com

CC: All counsel via ECF