**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
**Y.E. and M.K. individually, and on behalf of their child, M.K., a minor,**

Plaintiff,

- against -

**HEWLETT WOODMERE UNION FREE SCHOOL DISTRICT,**

Defendant.
--------------------------------------------------------X

**JUDGMENT**
CV 25-1481 (JMA) (JMW)

An Order of the Honorable Joan M. Azrack, United States District Judge, having been filed on September 29, 2026; adopting the July 30, 2026 Report and Recommendation of United States Magistrate Judge James M. Wicks in its entirety; denying as moot Plaintiffs' original motion for judgment on the pleadings; denying Plaintiffs' amended motion for judgment on the pleadings; granting Defendant's motion for summary judgment; and directing the Clerk of Court to enter judgment accordingly and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Y.E. and M.K., individually and on behalf of their minor child M.K. take nothing of Defendant Hewlett Woodmere Union Free School District; that Plaintiffs' motions for judgment on the pleadings are denied; that Defendant's motion for summary judgment is granted; and that this case is closed.

Dated: September 30, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: /S/ JAZMIN M. CUBANO
DEPUTY CLERK